# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **JOE LEWIS, individually and on behalf of all others similarly situated,**<br><br>              **Plaintiff,**<br>**-**<br>**against**<br>**-**<br><br>**VALOR INTELLIGENT PROCESSING, LLC,**<br><br>              **Defendant.** | **Civil Case Number:**<br>**4:21-cv-00075-CDL**<br><br><u>**STIPULATION OF DISMISSAL**</u> |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of his claims, as against Defendant **VALOR INTELLIGENT PROCESSING, LLC** in the above-captioned matter, with prejudice.  A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated: November 17, 2022

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Phone:    (732) 695-3282
Email: yzelman@MarcusZelman.com
*Attorneys for the Plaintiff*
*Joe Lewis*

*/s/Alison N. Emery*
Alison N. Emery, Esq.
Emery Law, PLLC
5011 Gate Parkway, Suite 100
Jacksonville, FL 32256
Telephone: 904-404-3394
Email: alison@jaxlawyer.com
*Attorneys for Defendant*
*Valor Intelligent Processing, LLC*
Alison N. Emery, Esquire

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **JOE LEWIS, individually and on behalf of all others similarly situated,**<br><br>       **Plaintiff,**<br><br>      **-**<br>    **against**<br>      **-**<br><br>**VALOR INTELLIGENT PROCESSING, LLC,**<br><br>      **Defendant.** | **Civil Case Number: 4:21-cv-00075-CDL**<br><br>**(PROPOSED) ORDER** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 17, 2022 Stipulation of Dismissal, all claims asserted, as against Defendant **VALOR INTELLIGENT PROCESSING, LLC** in Civil Action No 4:21-cv-00075-CDL, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS _____ day of _____, 2022.**

_____
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT JUDGE